JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 377 -- IN RE VUITTON TRADEMARK LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 2/5/79 | | ORDER TO SHOW CAUSE -- A-1 through A-39 INITIATIVE OF PANEL --why actions should not be transferred to a single district under Section 1407. Notified counsel and involved judges. (emh) |
| 2/13/79 | 1 | LETTER -- Defendant Crown Handbags. (ea) |
| 2/20/79 | | HEARING ORDER -- Setting A-1 through A-39 for hearing to be held in N.D. California on March 23, 1979 (cds) |
| 2/23/79 | 2 | RESPONSE -- Plaintiff Vuitton -- w/cert. of service (cds) |
| 2/23/79 | 5 | LETTER -- Defendant Lawrence Mahl stating that pretrial proceedings have been completed and that defendant plaintiff (A-21) has withdrawn the complaint (cds) |
| 3/2/79 | | ORDER CONTINUING HEARING, INTER ALIA -- Notified involved counsel, judges and clerks (cds) |
| 3/5/79 | 3 | LETTER -- Plaintiff Glicken (no svc.) (emh) |
| 3/6/79 | 4 | LISTING OF ADDITIONAL ACTIONS/Affidavid of svc. -- Plaintiff Vuitton (emh) |
| 3/9/79 | | APPEARANCES<br>FRANCIS M. DE CARO, ESQ. for Adaptive Merchandising Corp. and David Epstein<br>GEORGE DAVID ROSENBAUM, ESQ. for Alex Kapusta<br>JOEL M. STEIN, ESQ. for Lawrence Mahl<br>JOEL H. BRETTSCHNEIDER, ESQ. for Saydelle's Right Place<br>PAUL D. MARK LUCAS, ESQ. for Sondro, Inc.<br>MILTON E. GRUSMARK, ESQ. for Thelma Erlichstein<br>LAURENCE H. PRETT, ESQ. for Shirt-N.-Tie Corp., William Hariton<br>J. JOSEPH BAINTON, ESQ. for Buitton et Fils S.A.<br>Appearance List Not Forwarded to Counsel (rew) |
| 3/9/79 | 6 | LETTER -- from Burton Frankel -- Re: Claire's Boutique stating it is no longer in business (emh) |
| 3/20/79 | 7 | LETTER -- Bon Voyage Luggage Shop, Inc. (no svc.) (emh) |
| 3/20/79 | 8 | LETTER -- Sydelles Right Place -- (no svc.) (emh) |
| 3/22/79 | 9 | LETTER -- Arcade Vogue, Inc. dated 2/22/79. (ea) |
| 3/22/79 | 10 | LETTER -- Vuitton et Fils S.A. dated 3/16/79. (ea) |
| 3/28/79 | | ORDER VACATING ORDER TO SHOW CAUSE IN CERTAIN ACTIONS (A-4, A-5, A-6, A-7, A-9, A-11, A-13, A-14, A-16, A-18, A-23, A-25, A-27, A-29, A-30, A-31, A-32, A-33 and A-39. (ea) |

JPML FORM 1A - Continuation                                         DOCKET ENTRIES -- p.___

DOCKET NO. 377 -- IN RE VUITTON TRADEMARK LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 3/28/79 | | ORDER VACATING ORDER TO SHOW CAUSE IN CERTAIN ACTIONS (emh) |

SCHEDULE A (attached to Order Vacating Order to Show Cause in Certain Actions)     MDL-377

**Northern District of California**

- A-4  Vuitton Et Fils S.A. v. Classic Japan, C.A. No. C78-2582-WHO
- A-5  Vuitton Et Fils S.A. v. Kaleidoscope, C.A. No. C78-2583-WHO
- A-6  Vuitton Et Fils S.A. v. Irene Sargent, C.A. No. C78-2891-WHO
- A-7  Vuitton Et Fils S.A. v. Summit House, C.A. No. C79-0109-RHS

**Southern District of Florida**

- A-9  Vuitton Et Fils S.A. v. Piccola, C.A. No. 78-5069-Civ-NCR
- A-11 Vuitton Et Fils S.A. v. Gabrielle Imports, Inc., C.A. No. 78-5071-Civ-JAG
- A-13 Vuitton Et Fils S.A. v. Dorbarry Shops, Inc., C.A. No. 78-6464-Civ-JAG
- A-14 Vuitton Et Fils S.A. v. Sondro, Inc., C.A. No. 78-6465-Civ-JAG

**Eastern District of New York**

- A-16 Vuitton Et Fils S.A. v. Sydelle's Right Place, C.A. No. 78-1893
- A-18 Vuitton Et Fils S.A. v. Abe's Leather Mart, Ltd., C.A. No. 78-1897
- A-23 Vuitton Et Fils S.A. v. Bon Voyage Luggage Shop, Inc., C.A. No. 78-2149
- A-27 Vuitton Et Fils S.A. v. The Shoe Box of Kings Highway, C.A. No. 78-2512
- A-25 Vuitton Et Fils S.A. v. Uttal's Luggage, C.A. No. 78-2182

**Southern District of New York**

- A-29 Vuitton Et Fils S.A. v. Bonnie Lee Creations Ltd., et al., C.A. 78 Civ. 3861
- A-30 Vuitton Et Fils S.A. v. Shala Galapo Inc., C.A. No. 78 Civ. 3897
- A-31 Vuitton Et Fils S.A. v. Arcade Vogue, Inc., C.A. No. 78 Civ. 4604
- A-32 Vuitton Et Fils S.A. v. Palm & Fig, C.A. No. 78 Civ. 5000
- A-33 Vuitton Et Fils S.A. v. Crown Handbags, C.A. No. 78 Civ. 5001
- A-39 Vuitton Et Fils S.A. v. Annie Sez, C.A. No. 78 Civ 5698

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 3/30/79 | | HEARING ORDER -- Setting actions for hearing in E.D. Missouri on April 27, 1979 (cds) |
| 4/4/79 | | APPEARANCE: PHILIP A. HOLTSBERG, ESQ. FOR Defendant Miami International Merchandise Mart, Inc. (cds) |
| 4/4/79 | | REQUEST FOR EXTENTION OF TIME TO FILE RESPONSE -- Defendant Miami International Merchandise Mart, Inc. -- Granted to and including April 23, 1979 (cds) |
| 4/18/79 | 11 | LETTER NOTIFYING PANEL OF ADDITIONAL ACTIONS -- Vuitton Et Fils S.A. (cds) |
| 4/23/79 | | **APPEARANCE -- Maurice Brill, Esq. for Jet Handbags, Inc. (rew)** |
| 4/23/79 | 12 | RESPONSE -- to order to show cause -- Miami International Merchandise Mart, Inc. (w/cert of service)(rew) |
| 4/23/79 | | WAIVERS OF ORAL ARGUMENT for hearing held 4/27/79 in St. Louis, MO -- Maurice Brill, Esq. for Jet Handbags, Inc.; Laurence H. Pretty, Esq. for Shirt-N-Tie Corp. and William Hariton; Milton E. Grusmark, P.A. for Thelma Erlichstein. (ea) |
| 4/23/79 | | NOTICE OF HEARING APPEARANCES for hearing held 4/27/79 in St. Louis, Missouri J. Joseph Bainton, Esq. for Vuitton; and Philip Holtsberg, Esq. for Miami Merchandise Mart (rew) |
| 5/9/79 | | ORDER VACATING ORDER TO SHOW CAUSE. Notified involved counsel, clerks and judges. (ea) |

JPML FORM 1A - Continuation

DOCKET ENTRIES -- p._____

DOCKET NO. 377 -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 3/28/79 | | AMENDMENT TO ORDER TO SHOW CAUSE -- B-40 thru B-58 (emh) |

DOCKET NO. 377 -- In re Vuitton Trademark Litigation

| | Caption | District and Judge | Civil Action Number |
|---|---------|--------------------|--------------------|
| B-40 | Vuitton Et Fils S.A. v. Host International, Inc. | C.D.Cal Hill | CV79-0367 |
| B-41 | Vuitton Et Fils S.A. v. Ira Rosenfeld d/b/a Ira Rosenfeld | S.D.Fla. Gonzalez | 78-5068-Civ-JAG |
| B-42 | Vuitton Et Fils S.A. v. Miami International Merchandise Mart, d/b/a Miami Merchandise Mart | S.D.Fla. Gonzalez | 78-5199-Civ-JAG |
| B-43 | Vuitton Et Fils S.A. v. Interiors by Lorette | N.J. Fisher | 79-0510 |
| B-44 | Vuitton Et Fils S.A. v. Karen Bags, Inc., et al. | S.D.N.Y. Carter | 78 Civ 5863 |
| B-45 | Vuitton Et Fils S.A. v. Goodoo Inc. | S.D.N.Y. Brieant | 78 Civ 5914 |
| B-46 | Vuitton Et Fils S.A. v. F. M. Handbags & Shoes | S.D.N.Y. Brieant | 78 Civ 5919 |
| B-47 | Vuitton Et Fils S.A. v. Korliss Fashions Inc., et al. | S.D.N.Y. Brieant | 78 Civ 5920 |
| B-48 | Vuitton Et Fils S.A. v. Fabric Service Bureau | S.D.N.Y. Broderick | 79 Civ 217 |
| B-49 | Vuitton Et Fils S.A. v. Dame Belt & Bag Co., Inc., et al. | S.D.N.Y. Brieant | 79 Civ 262 |
| B-50 | Vuitton Et Fils S.A. v. Salomon Mizrahi d/b/a Perla Handbags | S.D.N.Y. Brieant | 79 Civ 263 |
| B-51 | Vuitton Et Fils S.A. v. Dubette Bags | S.D.N.Y. Broderick | 79 Civ 302 |
| B-52 | Vuitton Et Fils S.A. v. Bag City et al. | S.D.N.Y. Brieant | 79 Civ 631 |

JPML Form 1

Revised: 8/78

DOCKET NO. 377 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE VUITTON TRADEMARK LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 4/27/79 | 5/9/79 | MO vacating SCO | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 377 -- IN RE VUITTON TRADEMARK LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Vuitton Et Fils S.A. v. Shirt-N-Tie Corp., et al. | C.D.Cal. Hill | 78-4286-IH | | | | MAY 9 1979 |
| A-2 | Vuitton Et Fils S.A. v. French Connection, Inc. | C.D.Cal. Hill | 78-4287-IH | | | | MAY 9 1979 |
| A-3 | Vuitton Et Fils S.A. v. The Kaitz Corp. | C.D.Cal. Hill | 78-4288-IH | | | | MAY 9 1979 |
| A-4 | Vuitton Et Fils S.A. v. Classic Japan | N.D.Cal. Orrick | 78-2582-WHO | | | | |
| A-5 | Vuitton Et Fils S.A. v. Kaleidoscope | N.D.Cal. Orrick | 78-2583-WHO | | | | |
| A-6 | Vuitton Et Fils S.A. v. Irene Sargent | N.D.Cal. Orrick | 78-2891-WHO | | | | |
| A-7 | Vuitton Et Fils S.A. v. Summit House | N.D.Cal. Schnacke | 78-0109-RHS | | | | |
| A-8 | Vuitton Et Fils S.A. v. Corner Boutique | S.D.Fla. Gonzalez | 78-4951-Civ-JAG | | | | MAY 9 1979 |
| A-9 | Vuitton Et Fils S.A. v. Piccola | S.D.Fla. Gonzalez | 78-5069-Civ-JAG | | | | |
| A-10 | Vuitton Et Fils S.A. v. Newton Enterprises, Inc. d/b/a Dorothy's | S.D.Fla. Gonzalez | 78-5070-Civ-JAG | | | | MAY 9 1979 |

DOCKET NO. 377 -- IN RE VUITTON TRADEMARK LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Vuitton Et Fils S.A. v. Gabrielle Imports, Inc. | S.D.Fla. Gonzalez | 78-5071-Civ-JAG | | | 2/12/79 | |
| A-12 | Vuitton Et Fils S.A. v. Thelma Erlichstein d/b/a Fashionettes of Miami | S.D.Fla. Gonzalez | 78-5108-Civ-JAG | | | | MAY 9 1979 |
| A-13 | Vuitton Et Fils S.A. v. Dorbarry Shops, Inc. d/b/a Heidi's Boutique | S.D.Fla. Gonzalez | 78-6464-Civ-JAG | | | 1/21/9 | |
| A-14 | Vuitton Et Fils S.A. v. Sondro, Inc. | S.D.Fla. Gonzalez | 78-6465-Civ-JAG | | | 2/20/79 | |
| A-15 | Vuitton Et Fils S.A. v. Susan Greene, Inc. | D.N.J. Fisher | 78-2588 | | | | MAY 9 1979 |
| A-16 | Vuitton Et Fils S.A. v. Sydelle's Right Place | E.D.N.Y. Nickerson | 78-1893 | | | | |
| A-17 | Vuitton Et Fils S.A. v. Purse Strings | E.D.N.Y. Nickerson | 78-1895 | | | | MAY 9 1979 |
| A-18 | Vuitton Et Fils S.A. v. Abe's Leather Mart, Ltd. | E.D.N.Y. Nickerson | 78-1897 | | | 5/10/79 | |
| A-19 | Vuitton Et Fils S.A. v. Handbags & Accessories | E.D.N.Y. Nickerson | 78-2144 | | | | MAY 9 1979 |
| A-20 | Vuitton Et Fils S.A. v. Claire's Boutique | E.D.N.Y. Nickerson | 78-2145 | | | | MAY 9 1979 |

DOCKET NO. 377 -- IN RE VUITTON TRADEMARK LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-21 | Vuitton Et Fils, S.A. v. Arthur Mall | E.D.N.Y. Nickerson | 78-2146 | | | | MAY 9 1979 |
| A-22 | Vuitton Et Fils, S.A. v. Lawrence Mahl | E.D.N.Y. Nickerson | 78-2147 | | | | MAY 9 1979 |
| A-23 | Vuitton Et Fils S.A. v. Bon Voyage Luggage Shop, Inc. | E.D.N.Y. Nickerson | 78-2149 | | | | |
| A-24 | Vuitton Et Fils S.A. v. Stewart J. Brill | E.D.N.Y. Nickerson | 78-2150 | | | | MAY 9 1979 |
| A-25 | Vuitton Et Fils S.A. v. Uttal's Luggage | E.D.N.Y. Nickerson | 78-2182 | | | | |
| A-26 | Vuitton Et Fils S.A. v. Trudy Kramer | E.D.N.Y. Nickerson | 78-2431 | | | | MAY 9 1979 |
| A-27 | Vuitton Et Fils S.A. v. The Shoe Box of Kings Highway, et al. | E.D.N.Y. Nickerson | 78-2512 | | | | |
| A-28 | Vuitton Et Fils S.A. v. Robert F. Glicken | E.D.N.Y. Nickerson | 78-2513 | | | | MAY 9 1979 |
| A-29 | Vuitton Et Fils S.A. v. Bonnie Lee Creations, et al. | S.D.N.Y. Brieant | 78-Civ-3861 | | | 1/19/79 | |
| A-30 | Vuitton Et Fils S.A. v. Shala Galapo, Inc. | S.D.N.Y. Brieant | 78-Civ-3897 | | | 1/5/79 | |
| A-31 | Vuitton Et Fils S.A. v. Arcade Vogue, Inc. | S.D.N.Y. Brieant | 78-Civ-4604 | | | 2/15/79 | |

DOCKET NO. 377 -- IN RE VUITTON TRADEMARK LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-32 | Vuitton Et Fils S.A. v. Palm & Fig | S.D.N.Y. Brieant | 78-Civ-5000 | | | 2/2/79 | |
| A-33 | Vuitton Et Fils S.A. v. Crown Handbags | S.D.N.Y. Brieant | 78-Civ-5001 | | | 2/2/79 | |
| A-34 | Vuitton Et Fils S.A. v. Alexander Kapusta d/b/a La Femme | S.D.N.Y. Brieant | 78-Civ-5002 | | | | MAY 9 1979 |
| A-35 | Vuitton Et Fils S.A. v. Virginia Loving, Inc. | S.D.N.Y. Brieant | 78-Civ-5003 | | | | MAY 9 1979 |
| A-36 | Vuitton Et Fils S.A. v. Valo Importing and Merchandising Corp., et al. | S.D.N.Y. Brieant | 78-Civ-5247 | | | | MAY 9 1979 |
| A-37 | Vuitton Et Fils S.A. v. Adaptive Merchandising Corp., et al. | S.D.N.Y. Brieant | 78-Civ-5248 | | | | MAY 9 1979 |
| A-38 | Vuitton Et Fils S.A. v. Helou Fashion Bags, Inc. | S.D.N.Y. Brieant | 78-Civ-5697 | | | | MAY 9 1979 |
| A-39 | Vuitton Et Fils S.A. v. Annie Sez | S.D.N.Y. Brieant | 78-Civ-5698 | | | 11/30/79 | |

DOCKET NO. 377 -- In re Vuitton Trademark Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-40 | Vuitton Et Fils S.A. v. Host International, Inc. | C.D.Cal Hill | CV79-0367 | | | | MAY 9 1979 |
| B-41 | Vuitton Et Fils S.A. v. Ira Rosenfeld d/b/a Ira Rosenfeld | S.D.Fla. Gonzalez | 78-5068-Civ-JAG | | | | MAY 9 1979 |
| B-42 | Vuitton Et Fils S.A. v. Miami International Merchandise Mart, d/b/a Miami Merchandise Mart | S.D.Fla. Gonzalez | 78-5199-Civ-JAG | | | | MAY 9 1979 |
| B-43 | Vuitton Et Fils S.A. v. Interiors by Lorette | N.J. Fisher | 79-0510 | | | | MAY 9 1979 |
| B-44 | Vuitton Et Fils S.A. v. Karen Bags, Inc., et al. | S.D.N.Y. Carter Lowe | 78 Civ 5863 | | | | MAY 9 1979 |
| B-45 | Vuitton Et Fils S.A. v. Goodoo Inc. | S.D.N.Y. Brieant | 78 Civ 5914 | | | | MAY 9 1979 |
| B-46 | Vuitton Et Fils S.A. v. F. M. Handbags & Shoes | S.D.N.Y. Brieant | 78 Civ 5919 | | | | MAY 9 1979 |
| B-47 | Vuitton Et Fils S.A. v. Korliss Fashions Inc., et al. | S.D.N.Y. Brieant | 78 Civ 5920 | | | | MAY 9 1979 |
| B-48 | Vuitton Et Fils S.A. v. Fabric Service Bureau | S.D.N.Y. Broderick | 79 Civ 217 | | | | MAY 9 1979 |
| B-49 | Vuitton Et Fils S.A. v. Dame Belt & Bag Co., Inc., et al. | S.D.N.Y. Brieant | 79 Civ 262 | | | | MAY 9 1979 |
| B-50 | Vuitton Et Fils S.A. v. Salomon Mizrahi d/b/a Perla Handbags | S.D.N.Y. Brieant | 79 Civ 263 | | | | MAY 9 1979 |
| B-51 | Vuitton Et Fils S.A. v. Dubette Bags | S.D.N.Y. Broderick | 79 Civ 302 | | | | MAY 9 1979 |
| B-52 | Vuitton Et Fils S.A. v. Bag City et al. | S.D.N.Y. Brieant | 79 Civ 631 | | | | MAY 9 1979 |

DOCKET NO. 377 -- In re Vuitton Trademark Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-53 | Vuitton Et Fils S.A. v. Sparky's Inc. d/b/a Sparky's Gift Shop | Virgin Is. Christian | 78-345 | | | | MAY 9 1979 |
| B-54 | Vuitton Et Fils S.A. v. Aeroplane Luggage Co. | E.D.N.Y. Nickerson | 78-2695 | | | | MAY 9 1979 |
| B-55 | Vuitton Et Fils S.A. v. Jet Handbag, Inc. | E.D.N.Y. Nickerson | 79-43 | | | | MAY 9 1979 |
| B-56 | Vuitton Et Fils S.A. v. Bemar Euro-Imports Inc., et al. | E.D.N.Y. Nickerson | 79-282 | | | | MAY 9 1979 |
| B-57 | Vuitton Et Fils S.A. v. Robert A. Frankel Jewelers, Inc. | N.D.Cal Poole | C79-0541-CFP | | | | MAY 9 1979 |
| B-58 | Vuitton Et Fils S.A. v. Ni Kai Do | N.D.Cal Burke | C79-0542-LHB | | | | MAY 9 1979 |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 307 -- In re Vuitton Trademark Litigation

---

VUITTON ET FILS S.A.
J. Joseph Bainton, Esquire
Reboul, MacMurray, Hewitt,
  Maynard & Kristol
45 Rockefeller Plaza
New York, New York  10020

SHIRT-N-TIE CORP.
Laurence H. Pretty, Esquire
3435 Wilshire Blvd.
Suite 2400
Los Angeles, Calif.  90010

FRENCH CONNECTION
Marc Smith, Esquire
Trembath, McCade & Swartz
2885 Concord Road          15030 Ventura
Concord, Calif.            Sherman Oaks, CA

THE KAITZ CORPORATION
Michael E. Schwartz, Esquire
Polston, Schwartz,
Hamilton & Fenster
9440 Santa Monica Blvd.
Beverly Hills, Calif.

CORNER BOUTIQUE
Mark Friedman, Esquire
350 Lincoln Road
Miami Beach, Florida

NEWTON ENTERPRISES, INC.
d/b/a Dorothy's
6691 Collins Avenue
Miami Beach, Florida 33139

---

THELMA ERLICHSTEIN, d/b/a
Fashionettes of Miami
Milton Grusmark, Esquire
3628 N.E. 2nd Avenue
Miami, Florida  33137

SUSAN GREENE, INC.
Joel H. Brettschneider, Esq.
26 Court Street
Brooklyn, New York 11242

David Buxbaum, Esquire
11 Broadway
New York, New York  10004

PURSE STRINGS
Howard Rudnick, Esquire
Rudnick & Sheps
630 Fifth Avenue
New York, New York 10020

HANDBAGS & ACCESSORIES OUTLET
14A South Park Avenue
Rockville Centre, New York 11570

CLAIRE'S BOUTIQUE      *Corr. Ret.*
517 Central Ave.
Cedarhurst, New York 11516

ARTHUR MALL
29-49 Falcon Avenue
Far Rockaway, New York  11691

```
JPML FORM 4A -- Continuation
                              Panel Attorney Service List -- p. 2

DOCKET NO.  377  --  In re Vuitton Trademark Litigation
```

| | |
|---|---|
| LAWRENCE MAHL<br>Joel M. Stein, Esquire<br>170 Broadway<br>Suite 1208<br>New York, New York 10038 | VALO IMPORTING AND MANUFACTURING CORP.,<br>DAHLIA AND VALERIO ALO<br>Herbert Sachs, Esquire<br>254 Petit Ave.<br>Bellmore, New York 11710 |
| STEWART J. BRILL<br>Sheldon Cowen, Esquire  *corresp*<br>1 Sutter Avenue  *ret 4/23*<br>New York, New York 11212  *no ch'g my address* | ADAPTIVE MERCHANDISING CORP.<br>DAVID EPSTEIN<br>Frances M. DeCaro, Esquire<br>881 Gerard Avenue<br>Bronx, New York 10452 |
| | HELOU FASHION BAGS, INC.<br>1235 Broadway<br>New York, New York 10001 |
| TRUDY KRAMER<br>67-45 186 Lane<br>Fresh Meadows, New York | HOST INTERNATIONAL CORP.<br>Paulette Lee, Esquire<br>Host International Corp.<br>3402 ~~4242~~ Pico Blvd.<br>~~Los Angeles, Calif.~~ 90406  *present 4/19*<br>Santa Monica |
| | IRA ROSENFELD<br>77 N.W. 72 Avenue<br>Miami, Florida |
| ROBERT F. GLICKEN<br>2 Persimmon Way<br>Springfield, New Jersey 07081 | |
| ALEXANDER KAPUSTA d/b/a<br>La Femme<br>George D. Rosenbaum, Esquire<br>51 Chambers Street<br>New York, New York 10007 | MIAMI INTERNATIONAL MERCHANDISE<br>MART<br>Philip Holtsberg, Esquire<br>2000 S. Dixie Highway<br>Suite 214<br>Coconut Grove, Florida 33133 |
| VIRGINIA LOVING, INC.<br>58 W. 58th Street<br>New York, New York 10019 | INTERIORS BY LORETTE<br>787 Ocean Avenue<br>West End, New Jersey 07740 |
| | KAREN BAGS, ET AL.<br>Ray M. Brand, Esquire<br>Brand & Brand<br>350 East Old Country Rd.<br>Garden City, New York 11710 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 3

DOCKET NO. 377 -- In re Vuitton Trademark Litigation

---

GOODOO, INC.
Louis N. Forman, Esquire
1540 Broadway
New York, New York   10032

F.M. HANDBAGS & SHOES
126 Ludlow Street
New York, New York 10002

KORLISS FASHIONS, INC.
Paul R. Kelberg, Esquire
Kelberg & Dorff
485 Fifth Avenue
New York, N.Y.   10017

FABRIC SERVICE BUREAU
Empire State Building
44th Floor - Room 4412
350 Fifth Avenue
New York, New York 10001

DAME BELT & BAG CO.
Philip November, Esquire
November & November
225 Broadway
New York, New York

SOLOMON MIZRAHI d/b/a
Perla Handbags
Norman Glassman, Esquire
218 West 72nd Street
New York, New York   10023

DUBETTE BAGS
HARRY STEIN
BERNIE SHAPIRO
Ira Berman, Esquire
Berman & Zivyak
450 Park Avenue
New York, New York   10022

BAG CITY
63 West 37th Street
New York, New York 10018

Alan Cohen
63 West 37th Street
New York, New York   10018

SPARKY'S INC.
Frederick G. Watts, Esquire
Loud, Watts & Murnan
P.O. Box 1686
St. Thomas, Virgin Islands   00801

BEMAR EURO-IMPORTS, INC.
B. EDWARD MARTI
81 North Forest Avenue
Rockville Center, New York   11570

JET HANDBAGS, INC.
Maurice Brill, Esquire
Brill & Nashman
291 Broadway
New York, New York   10007

AEROPLANE LUGGAGE CO.
4114 13th Avenue
Brooklyn, New York   11219

ROBERT A. FRANKEL JEWELERS, INC.
333 O'Farrell
San Francisco, California

NI KAI DO
Robert Simon, Esquire
220 Bush Street
San Francisco, California   94104