DOCKET NO. 377

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VUITTON TRADEMARK LITIGATION

ORDER VACATING ORDER TO SHOW CAUSE

In the actions listed on the attached Schedule A none of the parties responding to the Panel's order to show cause favors transfer of these actions to a single district pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings. Upon consideration of the papers submitted and the hearing held, the Panel finds that these actions involve minimal common questions of fact and that transfer of these actions to a single district pursuant to Section 1407 would not necessarily serve the convenience of the parties and witnesses or promote the just and efficient conduct of the actions.

IT IS THEREFORE ORDERED that the order to show cause regarding the actions listed on the attached Schedule A be, and the same hereby is, VACATED.

FOR THE PANEL:

Murray I. Gurfein
Chairman

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VUITTON TRADEMARK LITIGATION

## ORDER TO SHOW CAUSE

You and each of you are hereby ORDERED to show cause why the actions listed on the attached Schedule A should not be transferred pursuant to 28 U.S.C. §1407 to a single district for coordinated or consolidated pretrial proceedings.

Responses to this order shall conform with the requirements of Rule 8, of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 78 F.R.D. 561 (1978).

You are further notified that the issuing of this order by the Panel does not affect or suspend orders and discovery proceedings in the district courts in which said multidistrict litigation is pending.  RPJPML (Rule 16).

FOR THE PANEL:

*[signature]*

Murray I. Gurfein
Chairman

MDL-377 -- <u>In re Vuitton Trademark Litigation</u>

### Central District of California

<u>Vuitton Et Fils S.A. v. Shirt-N-Tie Corp., et al.,
C.A. No. CV78-4286-IH</u>

<u>Vuitton ET Fils S.A. v. French Connection, Inc.,
C.A. No. CV78-4287-IH</u>

<u>Vuitton Et Fils S.A. v. The Kaitz Corp.,
C.A. No. CV78-4288-IH</u>

<u>Vuitton Et Fils S.A. v. Host International, Inc.,
C.A. No. CV79-0367-IH</u>

### Northern District of California

<u>Vuitton Et Fils S.A. v. Robert A. Frankel Jewelers,
Inc., C.A. No. C79-0541-CFP</u>

<u>Vuitton Et Fils S.A. v. Ni Kai Do, C.A. No. C79-0542-LHB</u>

### Southern District of Florida

<u>Vuitton Et Fils S.A. v. Corner Boutique,
C.A. No. 78-4951-Civ-JAG</u>

<u>Vuitton Et Fils S.A. v. Newton Enterprises, Inc.,
d/b/a Dorothy's, C.A. No. 78-5070-Civ-JAG</u>

<u>Vuitton Et Fils S.A. v. Thelma Erlichstein d/b/a
Fashionettes of Miami, C.A. No. 78-5108-Civ-JAG</u>

<u>Vuitton Et Fils S.A. v. Ira Rosenfeld
d/b/a Ira Rosenfeld, C.A. No. 78-5068-Civ-JAG</u>

<u>Vuitton Et Fils S.A. v. Miami International
Merchandise Mart, d/b/a Miami Merchandise Mart,
C.A. No. 78-5199-Civ-JAG</u>

### District of New Jersey

<u>Vuitton Et Fils S.A. v. Susan Greene, Inc.,
C.A. No. 78-2588</u>

<u>Vuitton Et Fils S.A. v. Interiors by Lorette,
C.A. No. 79-0510</u>

### Eastern District of New York

<u>Vuitton Et Fils S.A. v. Purse Strings,
C.A. No. 78-1895</u>

<u>Vuitton Et Fils S.A. v. Handbags & Accessories,
C.A. No. 78-2144</u>

<u>Vuitton Et Fils S.A. v. Claire's Boutique,
C.A. No. 78-2145</u>

<u>Vuitton Et Fils S.A. v. Arthur Mall,
C.A. No. 78-2146</u>

<u>Vuitton Et Fils S.A. v. Lawrence Mahl,
C.A. No. 78-2147</u>

<u>Vuitton Et Fils S.A. v. Stewart J. Brill,
C.A. No. 78-2150</u>

<u>Vuitton Et Fils S.A. v. Trudy Kramer,
C.A. No. 78-2431</u>

<u>Vuitton Et Fils S.A. v. Robert F. Glicken,
C.A. No. 78-2513</u>

<u>Vuitton Et Fils S.A. v. Aeroplane Luggage Co.,
C.A. No. 78-2695</u>

<u>Vuitton Et Fils S.A. v. Jet Handbags, Inc., et al.,
C.A. No. 79-43</u>

<u>Vuitton Et Fils S.A. v. Bemar Euro-Imports Inc.,
et al., C.A. No. 79-282</u>

Southern District of New York

Vuitton Et Fils S.A. v. Alexander Kapusta d/b/a La Femme, C.A. No. 78 Civ 5002

Vuitton Et Fils S.A. v. Virginia Loving, Inc., C.A. No. 78 Civ 5003

Vuitton Et Fils S.A. v. Valo Importing and Merchandising Corp., et al., C.A. No. 78 Civ 5247

Vuitton Et Fils S.A. v. Adaptive Merchandising Corp., et al., C.A. No. 78 Civ 5248

Vuitton Et Fils S.A. v. Helou Fashion Bags, Inc. C.A. No. 78 Civ 5697

Vuitton Et Fils S.A. v. Karen Bags, Inc., et al., C.A. No. 78 Civ 5863

Vuitton Et Fils v. Goodoo Inc., C.A. No. 78 Civ 5914

Vuitton Et Fils S.A. v. F.M. Handbags & Shoes, C.A. No. 78 Civ 5919

Vuitton Et Fils S.A. v. Korliss Fashions Inc., et al., C.A. No. 78 Civ 5920

Vuitton Et Fils S.A. v. Fabric Service Bureau, C.A. No. 79 Civ 217

Vuitton Et Fils S.A. v. Dame Belt & Bag Co., Inc., et al., C.A. No. 79 Civ 262

Vuitton Et Fils S.A. v. Salomon Mizrahi d/b/a Perla Handbags, C.A. No. 79 Civ 263

Vuitton Et Fils S.A. v. Dubette Bags, C.A. No. 79 Civ 302

Vuitton Et Fils S.A. v. Bag City, et al., C.A. No. 79 Civ 631

District of Virgin Islands

Vuitton Et Fils S.A. v. Sparky's Inc., d/b/a Sparky's Gift Shop, C.A. No. 78-345